Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas
Houston Division

| | |
|---|---|
| Amanda L. Kondrat'yev <br><br> _____ <br> Plaintiff(s) <br> *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* <br><br> -v- <br><br> NASA Johnson Space Center, Leidos Holdings Inc, and All Points Logistics LLC <br><br> _____ <br> Defendant(s) <br> *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | Case No. _____ <br> *(to be filled in by the Clerk's Office)* <br><br> Jury Trial: *(check one)* ☑ Yes ☐ No |

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

I.  **The Parties to This Complaint**

   A.  **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Amanda L. Kondrat'yev |
   | Street Address | 1102 Buoy Rd |
   | City and County | Houston, Harris County |
   | State and Zip Code | TX 77062 |
   | Telephone Number | 346-366-0787 |
   | E-mail Address | amandakondratyev@gmail.com |

   B.  **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

**Defendant No. 1**

| | |
|---|---|
| Name | NASA Johnson Space Center |
| Job or Title (if known) | Federal Government Agency |
| Street Address | 2101 E NASA Pkwy |
| City and County | Houston, Harris County |
| State and Zip Code | TX 77058 |
| Telephone Number | (281) 483-3111 |
| E-mail Address (if known) | |

**Defendant No. 2**

| | |
|---|---|
| Name | Leidos Holdings Inc |
| Job or Title (if known) | Prime Federal Contractor |
| Street Address | 1750 Presidents St |
| City and County | Reston, Fairfax County |
| State and Zip Code | VA 20190 |
| Telephone Number | (571) 526-6000 |
| E-mail Address (if known) | |

**Defendant No. 3**

| | |
|---|---|
| Name | All Points Logistics LLC |
| Job or Title (if known) | Federal Subcontractor |
| Street Address | 190 S Sykes Creek Pkwy, Ste 4 |
| City and County | Merritt Island, Brevard County |
| State and Zip Code | FL 32952 |
| Telephone Number | (321) 735-8642 |
| E-mail Address (if known) | |

**Defendant No. 4**

| | |
|---|---|
| Name | |
| Job or Title (if known) | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address (if known) | |

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

### C. Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | NASA Johnson Space Center |
| Street Address | 2101 E NASA Pkwy, Bldg 8 |
| City and County | Houston, Harris County |
| State and Zip Code | TX 77058 |
| Telephone Number | (281) 483-3111 |

## II. Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☑ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☑ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐ Other federal law *(specify the federal law)*:

☐ Relevant state law *(specify, if known)*:

☐ Relevant city or county law *(specify, if known)*:

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

III. **Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. The discriminatory conduct of which I complain in this action includes (check all that apply):

- [ ] Failure to hire me.
- [✓] Termination of my employment.
- [✓] Failure to promote me.
- [✓] Failure to accommodate my disability.
- [✓] Unequal terms and conditions of my employment.
- [✓] Retaliation.
- [✓] Other acts (specify): Sexual harassment, hostile work environment, denial of ADA prog

(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)

B. It is my best recollection that the alleged discriminatory acts occurred on date(s)
Most recent act: Jan. 4, 2024 (termination). Started at hire: Sept 2022. Escalated June 2023-Jan 2024

C. I believe that defendant(s) (check one):
- [ ] is/are still committing these acts against me.
- [✓] is/are not still committing these acts against me.

D. Defendant(s) discriminated against me based on my (check all that apply and explain):
- [✓] race — Asian American
- [ ] color
- [✓] gender/sex — Female
- [ ] religion
- [ ] national origin
- [ ] age (year of birth) _____ (only when asserting a claim of age discrimination.)
- [✓] disability or perceived disability (specify disability)
  ADHD, cPTSD, MDD, ASD

E. The facts of my case are as follows. Attach additional pages if needed.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

Plaintiff worked at NASA JSC from Sept. 2022–Jan. 4, 2024 under joint employers Leidos and All Points. An Asian American woman with ADHD, PTSD (pre-hire) and ASD (confirmed 3/10/25), she endured sexual harassment, disability discrimination, denial of accommodations, and retaliation, culminating in wrongful termination on Jan. 4, 2024. The full factual basis is set forth in Exhibits A–L (EEOC Charges No. 460-2024-09354 & 460-2024-04943; ODEO NCN-24-JSC-00038; TWC 3719044; OFCCP I00311965; medical records; meeting notes), all incorporated by reference. Plaintiff reserves the right to amend these allegations and assert additional facts or claims reasonably related to the employment discrimination described in the attached materials.

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV. Exhaustion of Federal Administrative Remedies

A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

Charge #460-2024-09354 (Leidos): Filed October 30, 2024
Charge #460-2024-04943 (All Points): Filed October 10, 2024

B. The Equal Employment Opportunity Commission *(check one)*:

☐ has not issued a Notice of Right to Sue letter.

☑ issued a Notice of Right to Sue letter, which I received on *(date)* 07/11/2025.

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C. Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐ 60 days or more have elapsed.
☐ less than 60 days have elapsed.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

Plaintiff respectfully requests this Court grant the following relief: 1. Monetary Damages: Back pay from January 4, 2024, through judgment with pre- and post-judgment interest; Front pay in lieu of reinstatement for future lost earnings; Compensatory damages for emotional distress, pain, suffering, and medical expenses; Punitive damages for intentional discrimination and reckless disregard of federal rights; Attorney's fees and costs pursuant to Title VII and ADA fee-shifting provisions. 2. Injunctive Relief: Policy reforms requiring ADA compliance training and accommodation procedures; Monitoring of Defendants' employment practices to prevent future discrimination; Restoration of employment eligibility for NASA contracting positions. 3. General Relief: Pre- and post-judgment interest on all monetary awards; Such other relief as this Court deems just and proper under federal law

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 10/01/2025

Signature of Plaintiff: *Amanda L. Kondrat'yev*
Printed Name of Plaintiff: Amanda L. Kondrat'yev

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Street Address: _____
State and Zip Code: _____
Telephone Number: _____
E-mail Address: _____