**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

United States Courts
Southern District of Texas
FILED

OCT 07 2025

Nathan Ochsner, Clerk of Court

**AMANDA L. KONDRAT'YEV,**
Plaintiff,

v.

**NASA JOHNSON SPACE CENTER, LEIDOS HOLDINGS INC., and ALL POINTS LOGISTICS LLC,**
Defendants.

Case No.: 4:25-cv-4785

---

## COMBINED MOTION FOR LEAVE TO USE ELECTRONIC FILING SYSTEM, APPOINTMENT OF COUNSEL, REASONABLE DISABILITY ACCOMMODATIONS, AND COURT GUIDANCE

TO THE HONORABLE DREW B. TIPTON, UNITED STATES DISTRICT JUDGE:

Amanda L. Kondrat'yev, proceeding pro se, respectfully moves this Court for coordinated relief essential to her meaningful participation in this employment discrimination litigation:

1. Leave to use the Court's CM/ECF electronic filing system pursuant to Local Rule 5.7 and as a reasonable accommodation under the Americans with Disabilities Act, 42 U.S.C. § 12101 et seq.;

2. Appointment of counsel pursuant to 28 U.S.C. § 1915(e)(1) and as a reasonable accommodation under the ADA;

3. Comprehensive disability accommodations for all court proceedings, including remote participation, scheduling flexibility, communication assistance, and discovery accommodations; and

4. Procedural guidance tailored for pro se litigants with disabilities.

---

### PROCEDURAL BACKGROUND AND URGENCY

Plaintiff filed this Title VII and ADA action on October 1, 2025, against federal contractor defendants following multiple administrative agency proceedings. The IFP application is pending. This motion is time-sensitive because upcoming deadlines and case

management requirements will prevent Plaintiff's meaningful participation without immediate relief.

## I. MOTION FOR LEAVE TO USE ELECTRONIC FILING SYSTEM

A. Disability Foundation

Plaintiff is diagnosed with Autism Spectrum Disorder Level 1, ADHD, and PTSD, with comprehensive documentation and ongoing intensive treatment (including TMS therapy). These disabilities substantially limit major life activities related to executive function, communication, and social interaction.

B. ADA Accommodation

Electronic filing is a reasonable and necessary ADA accommodation for:

- Organizational and processing challenges
- Written and remote communication needs
- Anxiety and trauma triggers from in-person court tasks

C. Case Complexity

Plaintiff's claims require managing multiple corporate defendants, agencies, and voluminous records—impossible to do effectively without electronic filing.

## II. MOTION FOR APPOINTMENT OF COUNSEL

A. Legal Standard

Appointment is warranted per 28 U.S.C. § 1915(e)(1), *Ulmer v. Chancellor*, 691 F.2d 209, 213 (5th Cir. 1982).

B. Financial Inability

Plaintiff cannot afford counsel as documented in the IFP application.

C. Unsuccessful Efforts to Secure Counsel

Multiple legal aid, pro bono, and private attorneys have declined due to complexity and resources.

D. Case Merits

Plaintiff has strong documentary and agency support for her discrimination, retaliation, and accommodation claims.

### E. Complexity

Issues involve joint employer doctrine, federal contractor obligations, and high-volume federal administrative discovery.

### F. Disability-Related Necessity

Plaintiff's litigation challenges arise specifically from federal court's complexity, not from any inability to do her job with workplace accommodations.

### G. Exceptional Circumstances

Public civil rights context, government contractor defendants, and substantial damages justify counsel appointment.

## III. REASONABLE DISABILITY ACCOMMODATIONS

Plaintiff requests accommodations for:

- Remote/virtual access to all hearings and depositions
- Scheduled breaks (every 60-90 minutes)
- Advance written materials and clear instructions
- Quiet seating for court
- Written confirmations of deadlines and communications
- Deadline tracking help through the Clerk

## IV. REQUEST FOR COURT GUIDANCE

Plaintiff requests:

- Pro se explanation of rules and deadlines
- Information about e-filing processes and training
- Scheduled status and settlement conferences if possible
- Clear procedures for making future ADA and procedural requests

## CONCLUSION

WHEREFORE, Plaintiff requests that the Court:

1. Grant electronic filing leave;

2. Appoint counsel;

3. Order ADA/reasonable accommodations for all proceedings;

4. Provide ongoing procedural guidance suited for a pro se litigant with disabilities.

---

Respectfully submitted,

Amanda L. Kondrat'yev, Pro Se
1102 Buoy Rd
Houston, TX 77062
(346) 366-0787
amandakondratyev@gmail.com