AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Texas

| | |
|---|---|
| Amanda L. Kondrat'yev <br><br> *Plaintiff(s)* <br> v. <br> NASA Johnson Space Center, Leidos Holdings Inc, and All Points Logistics LLC <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. <br><br> 4:25-CV-4785 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  United States Attorney's Office - Houston/Galveston Divisions
1000 Louisiana St., Ste. 2300
Houston, TX 77002

Designated Agents: Primary: Isabel Hinojosa, Katlyn Lloyd, and Cheryl Carey
Backups if the above are unavailable: Ray Babauta, Iris Tang, Rhoma Romero, Jimmy Rodriguez, and Daniel Hu.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Amanda L. Kondrat'yev, Pro Se
1102 Buoy Rd.
Houston, TX 77062

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Nathan Ochsner, *Clerk of Court*

Date: October 10, 2025

s/ Amy Pearson
*Signature of Clerk or Deputy Clerk*