AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Texas

| | | |
|---|---|---|
| Amanda L. Kondrat'yev<br><br>*Plaintiff(s)*<br>v.<br>NASA Johnson Space Center, Leidos Holdings Inc,<br>and All Points Logistics LLC<br><br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No.<br><br>4:25-CV-4785 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   All Points Logistics LLC
190 S Sykes Creek Pkwy Ste 4
Merritt Island, FL 32952

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Amanda L. Kondrat'yev, Pro Se
1102 Buoy Rd.
Houston, TX 77062

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Nathan Ochsner, Clerk of Court

Date: October 10, 2025

s/ Amy Pearson
*Signature of Clerk or Deputy Clerk*