# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| Amanda L Kondrat'yev, | § | |
| *Plaintiff,* | § § § | |
| v. | § § | CIVIL ACTION 4:25−cv−04785 |
| NASA Johnson Space Center,, et al. | § § § | |
| *Defendant.* | § § | |

## ORDER REFERRING CASE

Pursuant to 28 U.S.C. § 636(b)(1)(a), all non−dispositive pretrial matters in this case are hereby referred to United States Magistrate Judge Richard W. Bennett for determination.

Pursuant to 28 U.S.C. § 636(b)(1)(b), all dispositive pretrial matters in this case are hereby referred to United States Magistrate Judge Richard W. Bennett for Report and Recommendation to this Court.

All trial deadlines before this Court shall remain in effect.

Signed the 4th of November 2025.

_____
George C. Hanks, Jr.
United States District Judge