IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

Amanda L. Kondrat'yev,

Plaintiff,

v.                                              Civil Action No. 4:25-cv-04785

NASA Johnson Space Center, et al.,

Defendants.

**CERTIFICATE OF DISCLOSURE OF INTERESTED PARTIES**

Pursuant to the Court's Order dated October 8, 2025, Plaintiff Amanda L. Kondrat'yev, proceeding pro se, certifies the following regarding persons, associations, firms, partnerships, corporations, affiliates, parent corporations, or other entities that are financially interested in the outcome of this litigation:

**Plaintiff's Disclosure:**

1. **Amanda L. Kondrat'yev** – Individual plaintiff with direct financial interest in damages, back pay, front pay, and other relief sought.

2. **No other parties** – Plaintiff is proceeding individually and has no corporate affiliates, parent corporations, subsidiaries, or other entities with a financial interest in this matter.

**Defendants' Known Interested Parties** (based on Plaintiff's knowledge and public record):

1. **NASA Johnson Space Center** – U.S. Government agency

2. **Leidos Holdings Inc.** – Publicly traded corporation (NYSE: LDOS)

3. **All Points Logistics LLC** – Federal contractor

Plaintiff reserves the right to file an amended certificate if additional financially interested parties are identified during the course of this litigation.

Respectfully submitted,

Amanda L. Kondrat'yev, Pro Se

1102 Buoy Rd

Houston, TX 77062

(346) 366-0787

amandakondratyev@gmail.com

Date: October 28, 2025

**CERTIFICATE OF SERVICE**

I certify that on October 28, 2025, a copy of the foregoing Disclosure of Interested Parties was filed with the Clerk of the Court by depositing the same in the United States mail, certified mail, return receipt requested, addressed to:

Clerk of Court

United States District Court

Southern District of Texas

515 Rusk Street, Room 5300

Houston, TX 77002

Service on Defendants' counsel will be made in accordance with the Federal Rules of Civil Procedure once counsel has appeared in this matter.

*[signature: Amanda Kondrat'yev]*

Amanda L. Kondrat'yev

Pro Se Plaintiff

Amanda Kondratyev
1102 Buoy Rd
Houston, TX 97063



USPS CERTIFIED MAIL®

9507 1066 2561 5301 6778 18

RETURN RECEIPT

Clerk of Court
US District Court
Southern District of Texas
515 Rusk St Room 5300
Houston, TX 77002

Nathan Ochsner, Clerk of Court
NOV 3 2025
United
Southern