**IN THE UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF TEXAS HOUSTON DIVISION**

**CIVIL ACTION NO. 4:25-cv-04785**

**AMANDA L. KONDRAT'YEV, Plaintiff,**

**v. NASA JOHNSON SPACE CENTER, et al., Defendants.**

United States Courts
Southern District of Texas
F I L E D

NOV 1 4 2025

Nathan Ochsner, Clerk of Court

**MOTION TO CONTINUE INITIAL PRETRIAL CONFERENCE**

**TO THE HONORABLE COURT:**

Plaintiff Amanda L. Kondrat'yev, appearing pro se, respectfully moves this Court for an order continuing the Initial Pretrial and Scheduling Conference currently set for January 5, 2026 at 10:15 a.m., and states as follows:

**I. None of the Defendants Have Appeared**

As of the date of this motion, none of the Defendants—NASA Johnson Space Center, Leidos Holdings Inc., or All Points Logistics LLC—have filed an Answer or Notice of Appearance, nor has any attorney entered an appearance on their behalf.

**II. A Rule 26(f) Conference Requires Opposing Counsel**

The Court's Order of October 8, 2025 requires the parties to conduct a Rule 26(f) conference by December 26, 2025 and to file a joint discovery and case management plan. Federal Rule of Civil Procedure 26(f) requires parties or their counsel to "confer" regarding the case. Plaintiff cannot fulfill this requirement until opposing counsel appears.

### III. Pending Motions Directly Affect Plaintiff's Participation

Plaintiff has a pending Combined Motion requesting: (1) reasonable accommodations under the Americans with Disabilities Act (ASD, ADHD, PTSD); (2) the appointment of counsel; and (3) ECF access. This motion remains pending, and the Court's ruling will directly affect Plaintiff's ability to participate meaningfully in the Rule 26(f) conference, the Initial Conference, and discovery obligations.

### IV. A Brief Continuance Serves Judicial Economy

A continuance of approximately thirty (30) days beyond the Court's ruling on Plaintiff's pending motion will:

Provide Defendants a reasonable opportunity to appear and retain counsel;

Enable a substantive Rule 26(f) conference as required by Federal Rules;

Clarify whether Plaintiff will proceed pro se or with appointed counsel;

Prevent the need for repeated subsequent extensions;

Allow all parties to participate actively in case management.

### V. No Prejudice to Defendants

No prejudice will result. Defendants have not appeared, the case is at a preliminary stage, and no substantive proceedings have occurred.

### CERTIFICATE OF CONFERENCE

Plaintiff attempted to confer with Defendants regarding this motion, but none have appeared or retained counsel. Conference was therefore not possible.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff respectfully requests this Court:

1. GRANT this Motion and CONTINUE the Initial Pretrial and Scheduling Conference

scheduled for January 5, 2026;

2. RESET the Conference to a date at least thirty (30) days following the Court's ruling on

Plaintiff's pending Combined Motion;

3. EXTEND all related deadlines, including the Rule 26(f) conference and the joint

discovery plan deadlines, accordingly; and

4. GRANT such other and further relief as the Court deems just and proper.


Respectfully submitted,

Amanda L. Kondrat'yev

Pro Se Plaintiff

1102 Buoy Rd

Houston, TX 77062

346-366-0787

amandakondratyev@gmail.com

Dated: November 11, 2025

**CERTIFICATE OF SERVICE**

I certify under penalty of perjury that on November 11, 2025, I mailed by certified mail,

return receipt requested, a true and correct copy of the foregoing Motion to Continue Initial

Pretrial Conference to the Clerk of Court for service upon all Defendants, addressed to:

**United States District Clerk's Office**

**P.O. Box 61010**

**Houston, TX 77208-1010**

No attorney of record has appeared on behalf of any Defendant as of this date.

**Amanda L. Kondrat'yev**

Executed on November 11, 2025