# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| AMANDA L KONDRAT'YEV, | § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 4:25-cv-4785 |
| NASA JOHNSON SPACE CENTER, ET AL., | § § § § | |
| Defendants. | | |

## ORDER

Pending before the Court is Plaintiff Amanda L Kondrat'yev's ("Plaintiff") Motion to Continue Initial Pretrial Conference. (ECF No. 14). The Court **GRANTS** Plaintiff's motion (*id.*).

Further, it is **ORDERED** that the initial scheduling conference is hereby **RESCHEDULED** for January 23, 2026 at 10:15 a.m. by Zoom.

It is **SO ORDERED**.

**SIGNED** in Houston, Texas on November 17, 2025.

Richard W. Bennett
United States Magistrate Judge