UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| AMANDA L KONDRAT'YEV, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:25-cv-4785 |
| | § | |
| NASA JOHNSON SPACE CENTER, *et al.*, | § | |
| | § | |
| Defendants. | § | |

# ORDER

Pending before the Court[1] is Leidos Holdings' request for a pre-motion conference and permission to file (ECF No. 16). Having reviewed the filing, the Court finds it unnecessary to hold a conference. Further, Leidos Holdings' request for permission to file a motion is **GRANTED**.

It is **SO ORDERED**.

**SIGNED** in Houston, Texas on December 30, 2025.

_____
Richard W. Bennett
United States Magistrate Judge

---

[1] The case was referred to the Undersigned for all purposes pursuant to 28 U.S.C. § 636(b)(1)(A) and (B) and Federal Rule of Civil Procedure 72. (ECF No. 11).