From: Osoria, Gabriela (USMS) Gabriela.Osoria@usdoj.gov
Subject: FW: [EXTERNAL] Re: Service Status Request – Kondrat'yev v. NASA,
Leidos & All Points, No. 4:25-cv-04785
Date: Dec 22, 2025 at 2:59:21PM
To: amandakondratyev@gmail.com

Hello Amanda,

All process have been served.

1.      NASA / appropriate federal entity (including any agency or officer
served on its behalf)

Tracking online shows delivery attempt green card was physically received
by our office on 12/8/2025





UNITED STATES POSTAL SERVICE
HOUSTON TX RPDC 77
4785-1
5 DEC 2025  PM 1 L

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

RECEIVED
UNITED STATES MARSHAL

2025 DEC -8 PM 12: 34

SOUTHERN DIST. S/TX

UNITED STATES MARSHALS SERVICE
515 RUSK STREET 10TH FLOOR
HOUSTON, TX 77002
CIVIL PROCESS DEPARTMENT



2.          Leidos Holdings Inc.




**Tracking Number:**

## 70211970000148584225



**Latest Update**

Your item has been delivered and is available at a PO Box at 10:09 am on December 8, 2025 in RESTON, VA 20190.

**Get More Out of USPS Tracking:**
USPS Tracking Plus®



☑ **Delivered**
**Delivered, PO Box**
RESTON, VA 20190
December 8, 2025, 10:09 am

**See All Tracking History**

**What Do USPS Tracking Statuses Mean?**

3.        All Points Logistics LLC



**Tracking Number:**

## 70211970000148584232



**Latest Update**

Your item was delivered to an individual at the address at 3:06 pm on December 8, 2025 in MERRITT ISLAND, FL 32952.

**Get More Out of USPS Tracking:**
USPS Tracking Plus®



☑ **Delivered**
**Delivered, Left with Individual**
MERRITT ISLAND, FL 32952
December 8, 2025, 3:06 pm

**See All Tracking History**

**What Do USPS Tracking Statuses Mean?**

**From:** Amanda Vanderwall <amandakondratyev@gmail.com>
**Sent:** Thursday, December 18, 2025 2:30 PM
**To:** US Marshals (USMS) <US.Marshals@usdoj.gov>
**Cc:** Kimberly_Picota@txs.uscourts.gov
**Subject:** [EXTERNAL] Re: Service Status Request – Kondrat'yev v. NASA, Leidos & All Points, No. 4:25-cv-04785

Good afternoon,

I am following up on my service status inquiry sent on December 15, 2025 (forwarded below). I have not yet received a response and would appreciate an update on the status of service for the defendants in this case. If there is a more appropriate contact for service status inquiries in IFP cases, please let me know.

Thank you for your assistance.

Amanda L. Kondrat'yev

Plaintiff, Pro Se

Case No. 4:25-cv-04785

On Dec 15, 2025, at 1:01 AM, Amanda Vanderwall <amandakondratyev@gmail.com> wrote:

To Whom It May Concern:

I am the pro se plaintiff in Kondrat'yev v. NASA, Leidos & All Points Logistics LLC, No. 4:25-cv-04785, in the Southern District of Texas, Houston Division. I was granted leave to proceed in forma pauperis and understand that the U.S. Marshals Service is handling service of process.

I am writing to confirm the current status of service for each

defendant and any upcoming steps I should be aware of.

Specifically, could you please let me know for each of the following:

1.  NASA / appropriate federal entity (including any agency or officer served on its behalf)
2.  Leidos Holdings Inc.

1.      NASA / appropriate federal entity (including any agency or officer served on its behalf)For each defendant, I am requesting:

- Whether service has been completed, is in progress, or has not yet been attempted.
- The date(s), method, and location of any completed service or attempted service, if available.

If there is additional information or documentation I should provide to assist with service, please let me know.

Thank you for your time and assistance.

Sincerely,

Amanda L. Kondrat'yev

1102 Buoy Rd

Houston, Texas 77062

Telephone: 346-366-0787

Email: Amandakondratyev@gmail.com