UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

AMANDA L. KONDRAT'YEV,

Plaintiff,

v.   Civil Action No. 4:25-cv-04785

NASA JOHNSON SPACE CENTER,

LEIDOS HOLDINGS INC., and

ALL POINTS LOGISTICS LLC,

Defendants.

MOTION TO CONTINUE INITIAL SCHEDULING CONFERENCE

TO THE HONORABLE COURT:

Plaintiff Amanda L. Kondrat'yev, appearing pro se, respectfully moves this Court for an order continuing the Initial Scheduling Conference currently set for January 23, 2026, and states as follows:

1. DEFENDANTS' APPEARANCE STATUS

As of the date of this motion:

1. NASA Johnson Space Center appeared via DOJ attorney Ariel Nicole Wiley and filed a pre-motion conference request on January 2, 2026. The Court granted NASA permission to file a Motion to Dismiss on January 5, 2026 (ECF 19). NASA has not yet filed an Answer or responsive pleading.

2. Leidos Holdings Inc. filed a pre-motion conference request on December 29, 2025 (ECF 16), through Ogletree Deakins counsel, which satisfied its January 1, 2026 answer deadline per Judge Hanks Standing Procedures. Court granted permission to file MTD on December 30, 2025 (ECF 17). Answer deadline timer restarted; awaiting MTD filing.

3. All Points Logistics LLC has not appeared, has not filed an Answer or responsive pleading, and has not retained counsel. Plaintiff filed a Motion for Entry of Default against All Points on January 2, 2026 (ECF 18).

4. RULE 26(f) CONFERENCE CANNOT OCCUR

The Court's Order requires the parties to conduct a Rule 26(f) conference and file a Joint Discovery/Case Management Plan at least seven business days before the Initial Conference. Federal Rule of Civil Procedure 26(f) requires the parties to "confer" regarding:

• Claims and defenses

• Settlement possibilities

• Discovery needs and timing

• Preservation of electronically stored information

• Privilege assertions

• Case management proposals

This conference cannot occur because:

1. All Points has not appeared and has no counsel to confer with.

2. NASA and Leidos Holdings Inc. have filed pre-motion conference requests and have not yet engaged in substantive case discussions. Their current focus is on potential motions to dismiss, not discovery planning.

3. A meaningful Rule 26(f) conference requires knowing whether defendants will remain in the case, what defenses they assert, and what their discovery positions are—none of which can be determined while pre-motion conference requests are pending.

III. PLAINTIFF'S PENDING MOTION AFFECTS PARTICIPATION

Plaintiff has a pending Combined Motion for Appointment of Counsel and ADA Accommodations (ECF 12, filed December 29, 2025). The Court's ruling on this motion will directly affect:

• Whether Plaintiff proceeds pro se or with appointed counsel

• What accommodations are in place for the conference and discovery

• Plaintiff's capacity to manage the procedural and substantive complexities of multi-defendant employment litigation

Proceeding with the Initial Conference before this motion is resolved would be premature and potentially require re-conferring after representation status is clarified.

1. CONTINUANCE SERVES JUDICIAL ECONOMY

A brief continuance will:

1. Allow defendants to complete pre-motion practice and clarify their participation in the case.

2. Enable a substantive Rule 26(f) conference with actual opposing counsel who can discuss claims, defenses, and discovery.

3. Clarify Plaintiff's representation status so all parties know whether she will proceed pro se or with appointed counsel (see Plaintiff's Renewed Combined Motion for Appointment of Counsel and ADA Accommodations).

4. Prevent multiple subsequent extensions that would result from attempting to proceed before parties are ready.

5. Allow the Court to conduct one comprehensive Initial Conference with all procedural issues resolved.

6. NO PREJUDICE TO DEFENDANTS

No prejudice will result from a brief continuance:

• Defendants have only recently appeared (or not appeared at all)

• The case is in its earliest procedural stages

• No discovery has been propounded

• No substantive proceedings have occurred

• Defendants' pre-motion conference requests indicate they anticipated delayed scheduling

CERTIFICATE OF CONFERENCE

Plaintiff attempted to confer with Defendants regarding this motion as required by Judge Hanks' Standing Procedures and made the following good-faith efforts:

All Points Logistics LLC: Has not appeared and has no counsel. Conferral impossible.

NASA (counsel: Ariel Nicole Wiley, DOJ):

• Conferral email sent: January 14-15, 2026, 11:40 PM - 12:06 AM CST to ariel.wiley@usdoj.gov

- Response received: January 15, 2026, 8:48 AM CST
- Position: Defendant NASA is unopposed to both motions (Motion to Continue and Renewed Motion for Counsel/ADA Accommodations)

Leidos Holdings Inc. (counsel: Stephen J. Quezada, Ogletree Deakins):

- Conferral email sent: January 14-15, 2026, 11:46 PM - 12:06 AM CST to stephen.quezada@ogletree.com
- Response received: January 15, 2026, 2:18 PM CST
- Position: Leidos is not opposed to continuing the initial conference

Plaintiff made serious and timely efforts to confer with opposing counsel as required by the Court's procedures. Both appearing defendants responded and indicated they do not oppose this motion. Specifically:

- NASA expressly stated it is "unopposed to both motions"
- Leidos expressly stated it is "not opposed to continuing the initial conference"

Plaintiff proceeds with this unopposed motion.

PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that this Court:

1. GRANT this Motion and CONTINUE the Initial Scheduling Conference currently scheduled for January 23, 2026;

2. RESET the Conference to a date at least thirty (30) days following:
   - The Court's ruling on Plaintiff's pending Combined Motion, AND
   - Resolution of defendants' pre-motion conference requests;

3. EXTEND all related deadlines, including the Rule 26(f) conference deadline and the Joint Discovery Plan filing deadline, accordingly; and

4. GRANT such other and further relief as the Court deems just and proper.

Respectfully submitted,

/s/ Amanda L. Kondrat'yev

Amanda L. Kondrat'yev, Pro Se

1102 Buoy Rd

Houston, TX 77062

(346) 366-0787

amandakondratyev@gmail.com

Dated: January 15, 2026

CERTIFICATE OF SERVICE

I certify that on January 15, 2026, a true and correct copy of this Motion was:

1. Filed with the Court via CM/ECF, which will send notice to:
    - Ariel Nicole Wiley (wiley@usdoj.gov) - counsel for NASA
    - Stephen J. Quezada (quezada@ogletree.com) - counsel for Leidos entities

2. Service on Defendant All Points Logistics LLC (which has not appeared) will be effected by the United States Marshals Service pursuant to this Court's order granting Plaintiff leave to proceed in forma pauperis.

/s/ Amanda L. Kondrat'yev

Amanda L. Kondrat'yev