UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| AMANDA L KONDRAT'YEV, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:25-cv-4785 |
| | § | |
| NASA JOHNSON SPACE CENTER, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

Pending before the Court[1] is *pro se* Plaintiff Amanda L. Kondrat'yev's Motion to Continue Initial Scheduling Conference. (ECF No. 21). The Court **GRANTS** the motion and resets the Initial Scheduling Conference for March 25, 2026 at 10:15 a.m. on Zoom. The Court also notes that it has already issued an order on Plaintiff's combined motion for appointment of counsel and ADA accommodations (ECF No. 3). (*See* ECF No. 13).

It is **SO ORDERED**.

**SIGNED** in Houston, Texas on January 16, 2026.

Richard W. Bennett
United States Magistrate Judge

---

[1] The case was referred to the Undersigned for all purposes pursuant to 28 U.S.C. § 636(b)(1)(A) and (B) and Federal Rule of Civil Procedure 72. (ECF No. 11).