IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| AMANDA L. KONDRAT'YEV § | |
|     *Plaintiff*, § | |
| § | |
| v. § | |
| § | CIVIL ACTION NO. 4:25-cv-04785 |
| § | |
| NASA JOHNSON SPACE CENTER, § | |
| LEIDOS HOLDINGS INC, and § | |
| ALL POINTS LOGISTICS LLC § | Jury Demanded |
|     *Defendants*. § | |

## DEFENDANT ALL POINTS LOGISTICS LLC'S
## DISCLOSURE STATEMENT AND CERTIFICATE OF INTERESTED PARTIES

Pursuant to Federal Rule of Civil Procedure 7.1(a) and Local Rules R 3.1(c) or 3.2(e), Defendant, All Points Logistics LLC ("Defendant") hereby files its Corporate Disclosure Statement and Certificate of Interested Persons and Parties, showing this Court as follows:

    1.    Defendant does not have a parent corporation.

    2.    No publicly-held corporation owns 10% or more of Defendant.

The following is a complete list of all persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of this case:

    1.    Amanda L. Kondrat'yev, Plaintiff;

    2.    NASA Johnson Space Center, Defendant;

    3.    Leidos Holdings Inc., Defendant;

    4.    All Points Logistics LLC, Defendant;

    5.    US Attorney's Office, attorneys for Defendant NASA Johnson Space Center;

    6.    Ogletree Deakins, Nash, Smoak & Stewart, P.C., attorneys for Defendant Leidos Holdings Inc.; and

7. Gordon Rees Scully Mansukhani, LLP, attorneys for Defendant All Points Logistics LLC.

Should other parties be added to this lawsuit who may become financially interested in the outcome of this litigation, All Points Logistics LLC will promptly file an amended certificate with the Clerk identifying such interested parties.

Respectfully submitted,

**GORDON REES SCULLY MANSUKHANI, LLP**

By: */s/ Laura E. De Santos*
**Laura E. De Santos**
TBN: 00793612
SDTX: 19328
ldesantos@grsm.com
**Katherine Strathman**
TBN: 24137365
SDTX: 3861991
kstrathman@grsm.com
1900 West Loop South, Suite 1000
Houston, TX 77027
Telephone: (713) 961-3366
Facsimile: (713) 961-3938

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

   I hereby certify that on January 28, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Amanda L. Kondrat'yev
1102 Buoy Rd.
Houston, Texas 77062
Email: amandakondratyev@gmail.com

*Pro Se Plaintiff*

Ariel Nicole Wiley
US Attorney's Office
1000 Louisiana Street #2300
Houston, Texas 77002
Email: ariel.wiley@usdoj.gov

*Counsel for Defendant NASA Johnson Space Center*

Stepehen Jose Quezada
Ogletree Deakins
500 Dallas Street, Suite 2100
Houston, Texas 77002
Email: Stephen.quezada@ogletree.com

*Counsel for Defendant Leidos Holdings Inc.*

               */s/ Laura E. De Santos*_____
               Laura E. De Santos