| U.S. Department of Justice<br>United States Marshals Service | | PROCESS RECEIPT AND RETURN<br>See "Instructions for Service of Process by U.S. Marshal" | |
|---|---|---|---|
| PLAINTIFF<br>Amanda L. Kondrat'yev | | COURT CASE NUMBER<br>4:25-cv-04785 | |
| DEFENDANT<br>Leidos Holdings Inc | | TYPE OF PROCESS<br>Summons and Complaint | |
| SERVE AT | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN<br>Leidos Holdings Inc | | |
| | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)<br>1750 Presdients Street, Reston VA 20190 | | |
| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW<br>Nathan Ochsner<br>PO Box 610160<br>Houston, TX 77208 | | Number of process to be served with this Form 285 | 1 |
| | | Number of parties to be served in this case | 5 |
| | | Check for service on U.S.A. | 3 |

RECEIVED
UNITED STATES MARSHAL
2025 NOV -3 AM 9: 31
SOUTHERN DIST. S/TX

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Southern District of Texas
FILED
JAN 28 2026
Nathan Ochsner, Clerk of Court

| Signature of Attorney other Originator requesting service on behalf of: *Amy Pearson* | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>713-250-5426 | DATE<br>10/31/2025 |
|---|---|---|---|

SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process<br>4 x 5 | District of Origin No. 79 | District to Serve No. 79 | Signature of Authorized USMS Deputy or Clerk | Date<br>11/5/25 |
|---|---|---|---|---|---|

☐ I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

| Name and title of individual served (if not shown above) | Date<br>12/8/25 | Time<br>10:09 | ☒ am<br>☐ pm |
|---|---|---|---|
| Address (complete only different than shown above) | Signature of U.S. Marshal or Deputy | | |

Costs shown on attached USMS Cost Sheet >>

REMARKS  7021 1970 0001 4858 4225

Delivered via certified mail on 12/8/25.

(See attached)

Form USM-285
Rev. 03/21

**ALERT: SEVERE WEATHER AND HIGH WINDS IN THE SOUTHWESTERN, NORTHERN ROCKIES AND CENTRAL US MAY DELAY FINAL DELIVERY ...**

[Image of Certified Mail Receipt and Return Receipt card]

- SENDER: COMPLETE THIS SECTION
- COMPLETE THIS SECTION ON DELIVERY

A. Signature
X — ☒ Agent ☐ Addressee

B. Received by (Printed Name): Walter Ewald
C. Date of Delivery: 12/1?

D. Is delivery address different from item 1? ☒ Yes ☐ No
If YES, enter delivery address below:

1. Article Addressed to:
LEIDOS HOLDINGS INC
1750 PRESIDENTS STREET
RESTON, VA 20190

3. Service Type:
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label):
7021 1970 0001 4858 4225

PS Form 3811, February 2004　Domestic Return Receipt　102595-02-M-1540

---

U.S. Postal Service
**CERTIFIED MAIL RECEIPT**
Domestic Mail Only

OFFICIAL USE

Certified Mail Fee $
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
Postage $
Total Postage and Fees $

Sent To: LEIDOS HOLDINGS INC
Street and Apt No., or PO Box No.: 1750 PRESIDENTS STREET
City, State, ZIP+4®: RESTON, VA 20190

7021 1970 0001 4858 4225

---

**Tracking Number:**

**7021 1970 0001 4858 4225**

Copy　　Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item has been delivered and is available at a PO Box at 10:09 am on December 8, 2025 in RESTON, VA 20190.

## Delivered
Delivered, PO Box
RESTON, VA 20190
December 8, 2025, 10:09 am

See All Tracking History

## Get More Out of USPS Tracking:
USPS Tracking Plus®

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)