| U.S. Department of Justice | | PROCESS RECEIPT AND RETURN |
| United States Marshals Service | RECEIVED | See "Instructions for Service of Process by U.S. Marshal" |

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Amanda L. Kondrat'yev  2025 NOV -3 AM 9:31 | 4:25-cv-04785 |
| DEFENDANT | TYPE OF PROCESS |
| All Points Logistics LLC  SOUTHERN DIST. S/TX | Summons and Complaint |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
All Points Logistics LLC
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
190 S Sykes Creek Pkwy, Suite 4, Merritt Island, FL 32952

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| Nathan Ochsner  PO Box 610160  Houston, TX 77208 | Number of process to be served with this Form 285 | 1 |
| | Number of parties to be served in this case | 5 |
| | Check for service on U.S.A. | 3 |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

United States Courts
Southern District of Texas
FILED

JAN 28 2026

Nathan Ochsner, Clerk of Court

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF  ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| *Amy Pearson* | | 713-250-5426 | 10/31/2025 |

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process  5 of 5 | District of Origin No. 74 | District to Serve No. 74 | Signature of Authorized USMS Deputy or Clerk | Date 11/5/25 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

| Name and title of individual served (if not shown above) | Date 12/3/25 | Time 3:16 | ☒ am ☐ pm |
|---|---|---|---|
| Address (complete only different than shown above) | Signature of U.S. Marshal or Deputy  1-28-26 | | |

Costs shown on attached USMS Cost Sheet >>

REMARKS  7021 1970 0001 4858 4232

Delivered via certified mail on 12/3/25

(See attached)

Form USM-285
Rev. 03/21

ALERT: SEV[...]

**USPS.com® - USPS Tracking® Results**

## USPS Certified Mail Receipt 4185-5

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT 4185-5**
Domestic Mail Only

OFFICIAL USE

Certified Mail Fee $

Extra Services & Fees (check box, add fee as appropriate)
- ☐ Return Receipt (hardcopy) $
- ☐ Return Receipt (electronic) $
- ☐ Certified Mail Restricted Delivery $
- ☐ Adult Signature Required $
- ☐ Adult Signature Restricted Delivery $

Postage $

Total Postage and Fees $

Sent To: ALL POINTS LOGISTICS LLC
Street and Apt. No., or PO Box: 190 S SKYES CREEK PKWY STE 4
City, State, ZIP+4: MERRITT ISLAND, FL 32952

PS Form 3800, April 2015

7021 1970 0001 4858 4232

---

## Return Receipt (PS Form 3811)

**SENDER: COMPLETE THIS SECTION**
- ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
ALL POINTS LOGISTICS LLC
190 S SKYES CREEK PKWY STE 4
MERRITT ISLAND, FL 32952

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _(signature)_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name) | C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
- ☐ Certified Mail
- ☐ Registered
- ☐ Insured Mail
- ☐ Express Mail
- ☐ Return Receipt for Merchandise
- ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label)
7021 1970 0001 4858 4232

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

Info[...] Add to Informed Delivery (https://informeddelivery.usps.com/)

**Tracking Number:**
**70211970000148584232**

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered to an individual at the address at 3:06 pm on December 8, 2025 in MERRITT ISLAND, FL 32952.

### Delivered
Delivered, Left with Individual
MERRITT ISLAND, FL 32952
December 8, 2025, 3:06 pm

See All Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

### Get More Out of USPS Tracking:
USPS Tracking Plus®