# PROCESS RECEIPT AND RETURN

U.S. Department of Justice
United States Marshals Service

*See "Instructions for Service of Process by U.S. Marshal"*

RECEIVED
UNITED STATES
2025 NOV -3 AM 9:30
SOUTHERN DIST. S/TX

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Amanda L. Kondrat'yev | 4:25-cv-04785 |
| DEFENDANT | TYPE OF PROCESS |
| United States Attorney's Office- Houston/Galveston Division | Summons and Complaint |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
United States Attorney's Office- Houston/Galveston Division
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
1000 Louisana Street, Suite 2300 Houston, TX 77002

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Nathan Ochsner
PO Box 610160
Houston, TX 77208

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 5 |
| Check for service on U.S.A. | 3 |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Designated Agents: Primary: Isabel Hinojosa, Katlyn Lloyd, and Cheryl Carey
Backups if the above are unavailable: Ray Babauta, Iris Tang, Rhoma Romero, Jimmy Rodriguez, and Daniel Hu.

United States Courts
Southern District of Texas
**FILED**
JAN 28 2026
Nathan Ochsner, Clerk of Court

Signature of Attorney other Originator requesting service on behalf of:
*Amy Pearson*
☒ PLAINTIFF
☐ DEFENDANT
TELEPHONE NUMBER: 713-250-5426
DATE: 10/31/2025

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process 3 of 5 | District of Origin No. 79 | District to Serve No. 79 | Signature of Authorized USMS Deputy or Clerk | Date 11/5/25 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*

Date: 11/10/25  Time: 1:21 ☑ pm

Address *(complete only different than shown above)*

Signature of U.S. Marshal or Deputy
3077
1-28-26

*Costs shown on attached USMS Cost Sheet >>*

REMARKS

Served by email on 11/10/25.
(See attached)

Form USM-285
Rev. 03/21

# Osoria, Gabriela (USMS)

| | |
|---|---|
| **From:** | Hu, Daniel (USATXS) |
| **Sent:** | Monday, November 10, 2025 1:21 PM |
| **To:** | Osoria, Gabriela (USMS) |
| **Subject:** | RE: SUMMONS AND COMPLAINT |

Service acknowledged

From: Osoria, Gabriela (USMS) <Gabriela.Osoria@usdoj.gov>
Sent: Thursday, November 6, 2025 11:00 AM
To: USATXS-CivilNotice <USATXS-CivilNotice@usa.doj.gov>
Subject: SUMMONS AND COMPLAINT

Good morning,

Attached is summons and complaint addressed to USAO in the following cases:

4-25-CV-4785

At your convenience, please confirm receipt of the attached summons & complaint.

Respectfully,

Gabriela Osoria
Civil Process Specialist
U.S. Marshals Service
S/TX Houston
(713)238-6227