| | | |
|---|---|---|
| U.S. Department of Justice<br>United States Marshals Service | | **PROCESS RECEIPT AND RETURN**<br>See "Instructions for Service of Process by U.S. Marshal" |

| PLAINTIFF<br>Amanda L. Kondrat'yev | COURT CASE NUMBER<br>4:25-cv-04785 |
|---|---|
| DEFENDANT<br>United States Attorney General | TYPE OF PROCESS<br>Summons and Complaint |

**SERVE AT**
- NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
  United States Attorney General- Department of Justice
- ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
  10th and Constitution Ave., N.W., Washington, DC 20530

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| Nathan Ochsner<br>PO Box 610160<br>Houston, TX 77208 | Number of process to be served with this Form 285 | 1 |
| | Number of parties to be served in this case | 5 |
| | Check for service on U.S.A. | 3 |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

United States Courts
Southern District of Texas
FILED

JAN 28 2026

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT

*Amy Pearson*

TELEPHONE NUMBER: Nathan Ochsner, Clerk of Court
713-250-5426    10/31/2025

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process<br>2 of 5 | District of Origin<br>No. | District to Serve<br>No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

| Name and title of individual served (if not shown above) | Date<br>12/15/25 | Time<br>4:50 | ☒ am<br>☐ pm |
|---|---|---|---|
| Address (complete only different than shown above) | Signature of U.S. Marshal or Deputy<br>1-28-26 | | |

Costs shown on attached USMS Cost Sheet >>

REMARKS

7021 1970 0001 4858 4249

Delivered via certified mail on 12/15/25.
(See attached)

Form USM-285
Rev. 03/21

ALERT: SEVERE WEATHER AND HIGH WINDS IN THE SOUTHWEST...

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Erie Classmk_ ☐ Agent ☐ Addressee

B. Received by (Printed Name): Erie Classmk
C. Date of Delivery: DEC 16 2025

D. Is delivery address different from item 1? ☐ Yes ☐ No
If YES, enter delivery address below:

INSPECTED 28

3. Service Type
☐ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

7021 1970 0001 4858 4249

102595-02-M-1540

1. Article Addressed to:
UNITED STATES ATTORNEY GENERAL
DEPARTMENT OF JUSTICE
10TH AND CONSTITUTION AVE., N.W.
WASHINGTON, DC 20530

2. Article Number (Transfer from service label)

PS Form 3811, February 2004    Domestic Return Receipt

INSPECTED

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

OFFICIAL USE

Postmark HOUSTON DEC -2 2025

Certified Mail Fee $
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $
Postage $
Total Postage and Fees $

Sent To: UNITED STATES ATTORNEY GENERAL
Street and Apt. No., or P: DEPARTMENT OF JUSTICE
10TH AND CONSTITUTION AVE., N.W.
City, State, ZIP+4®: WASHINGTON, DC 20530

7021 1970 0001 4858 4249

Tracking Number:
**7021197000014858424**

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was picked up at the post office at 4:50 am on December 15, 2025 in WASHINGTON, DC 20530.

## Delivered

Delivered, Individual Picked Up at Post Office
WASHINGTON, DC 20530
December 15, 2025, 4:50 am

See All Tracking History

What Do USPS Tracking Statuses Mean?
(https://faq.usps.com/s/article/Where-is-my-package)

Get More Out of USPS Tracking:
USPS Tracking Plus®