# PROCESS RECEIPT AND RETURN

U.S. Department of Justice
United States Marshals Service

*See "Instructions for Service of Process by U.S. Marshal"*

RECEIVED
UNITED STATES ~~~
2025 NOV -3 AM 9:29
SOUTHERN DIST. S/TX

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Amanda L. Kondrat'yev | 4:25-cv-04785 |
| DEFENDANT | TYPE OF PROCESS |
| NASA Johnson Space Center | Summons and Complaint |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
NASA Johnson Space Center

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
2101 E NASA Pkwy, Houston, TX 77058

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Nathan Ochsner
PO Box 610160
Houston, TX 77208

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 5 |
| Check for service on U.S.A. | 3 |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)*:

United States Courts
Southern District of Texas
FILED

JAN 28 2026

Nathan Ochsner, Clerk of Court

Signature of Attorney other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT

*Amy Pearson*

TELEPHONE NUMBER: 713-250-5426

DATE: 10/31/2025

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process: 1 of 8 | District of Origin No. 19 | District to Serve No. 19 | Signature of Authorized USMS Deputy or Clerk: *Gabriella Garcia* | Date: 11/4/25 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*

Date: 12/5/25   Time: 12:58 ☑ pm

Address *(complete only different than shown above)*

Signature of U.S. Marshal or Deputy
1-28-26

*Costs shown on attached USMS Cost Sheet >>*

**REMARKS**
7021 1970 0001 4958 4218

Delivered via certified mail on 12/5/25.

(See attached)

Form USM-285
Rev. 03/21

ALERT: SEVERE WEATHER AND HIGH WINDS IN THE SOUTHWESTERN, NORTHERN ROCKIES AND CENTRAL US MAY DELAY FINAL DELIVERY OF YOUR MAIL AND PACKAGES. READ MORE (HTTPS://ABOUT.USPS.COM/NEWSROOM/SERVICE-ALERTS/)

**SENDER: COMPLETE THIS SECTION**

- ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    NASA JOHNSON SPACE CENTER
    2101 E NASA PKWY
    HOUSTON, TX 77058

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature] ☐ Agent ☐ Addressee

B. Received by (Printed Name) Darrin Johnson
C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Certified Mail  ☐ Express Mail
   ☐ Registered      ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number
   (Transfer from service label)   7021 1970 0001 4858 4218

PS Form 3811, February 2004  Domestic Return Receipt   102595-02-M-1540

---

**U.S. Postal Service**
**CERTIFIED MAIL® RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

OFFICIAL USE

Postmark Here — HOUSTON DEC -2 2025

Certified Mail Fee $
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)  $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $
Postage $
Total Postage and Fees $

Sent To: NASA JOHNSON SPACE CENTER
Street and Apt. No., or PO Box: 2101 E NASA PKWY
City, State, ZIP+4®: HOUSTON, TX 77058

7021 1970 0001 4858 4218

Tracking Number: **70211970000148584218**

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

We were unable to deliver your package at 12:58 pm on December 5, 2025 in HOUSTON, TX 77058 because the business was closed. We will redeliver on the next business day. No action needed.

### Get More Out of USPS Tracking:

USPS Tracking Plus®

### Delivery Attempt
● Redelivery Scheduled for Next Business Day

HOUSTON, TX 77058
December 5, 2025, 12:58 pm

### Arrived at USPS Regional Facility
● SOUTH HOUSTON PROCESSING CENTER
December 4, 2025, 6:43 am

● See All Tracking History