UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| AMANDA L. KONDRAT'YEV,<br>Plaintiff,<br>v.<br>NASA JOHNSON SPACE CENTER,<br>LEIDOS HOLDINGS INC., and<br>ALL POINTS LOGISTICS LLC,<br>Defendants. | Civil Action No. 4:25-cv-04785 |

**ORDER**

On this day, the Court considered Plaintiff's **Motion to Extend Amended Complaint Deadline to File First Amended Complaint**.

The Court finds that the motion should be **GRANTED**.

Accordingly, it is **ORDERED** that Plaintiff's deadline to file a First Amended Complaint is continued to **March 4, 2026**.

SIGNED on *day of* ___, 2026.

___

HON. RICHARD W. BENNETT

UNITED STATES MAGISTRATE JUDGE