UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| AMANDA L. KONDRAT'YEV, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:25-cv-4785 |
| | § | |
| NASA JOHNSON SPACE CENTER, LEIDOS HOLDINGS INC., AND ALL POINTS LOGISTICS LLC, | § § § § | |
| | § | |
| Defendants. | § | |

# ORDER

Pending before the Court is Plaintiff's Motion to Extend Deadline to File First Amended Complaint. (ECF No. 30). The Court **GRANTS** the motion (*id.*). Plaintiff's deadline to file a First Amended Complaint is March 4, 2026.

It is **SO ORDERED**.

**SIGNED** in Houston, Texas on February 18, 2026.

_____
Richard W. Bennett
United States Magistrate Judge