**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

AMANDA L. KONDRAT'YEV,
Plaintiff,

v.                                                                Civil Action No. 4:25-cv-04785

NASA JOHNSON SPACE CENTER,
LEIDOS HOLDINGS INC., and
ALL POINTS LOGISTICS LLC,
Defendants.

# ORDER GRANTING PLAINTIFF'S COMBINED MOTION FOR EXTENSION OF TIME TO FILE FIRST AMENDED COMPLAINT AND CONTINUANCE OF INITIAL SCHEDULING CONFERENCE

Before the Court is Plaintiff's Combined Motion for Extension of Time to File First Amended Complaint and Continuance of Initial Scheduling Conference. Having considered the Motion and the record in this case, the Court **GRANTS** the Motion. It is hereby **ORDERED** that:

1. The deadline for Plaintiff to file her First Amended Complaint is **extended to 45 days from the date of the Court's ruling on Plaintiff's Renewed Combined Motion for Appointment of Counsel and Disability Accommodations (ECF 32).**

2. The Initial Scheduling Conference currently set for **March 25, 2026 at 10:15 a.m.** is **CONTINUED** and **RESET** to a date at least 30 days following the filing of the First Amended Complaint. The Courtroom Deputy shall notify the parties of the

    new date and time.

3. The deadline for filing the Joint Discovery and Case Management Plan shall be recalculated based on the reset ISC date.

Signed at Houston, Texas on __, 2026.

HONORABLE RICHARD W. BENNETT

UNITED STATES MAGISTRATE JUDGE