United States District Court
Southern District of Texas
**ENTERED**
March 05, 2026
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| AMANDA L. KONDRAT'YEV, § § | |
| Plaintiff, § § | |
| v. § | CIVIL ACTION NO. 4:25-cv-4785 |
| § | |
| NASA JOHNSON SPACE § CENTER, LEIDOS HOLDINGS § INC., AND ALL POINTS § LOGISTICS LLC, § § | |
| Defendants. § | |

## ORDER

Pending before the Court is Plaintiff's Opposed Combined Motion for Extension of Time to File First Amended Complaint and Continuance of Initial Scheduling Conference (ECF No. 34). The Court has already reset the Initial Scheduling Conference many times. (*See* ECF Nos. 22, 31). Further, Plaintiff's request for an extension of time to file an amended complaint is moot as the Court will enter deadlines to amend pleadings in the scheduling order on March 25, 2026. As such, the Court **DENIES** Plaintiff's motion (ECF No. 34).

It is **SO ORDERED**.

**SIGNED** in Houston, Texas on March 5, 2026.

_____
Richard W. Bennett
United States Magistrate Judge