# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

AMANDA L. KONDRAT'YEV,
Plaintiff,

v.                                                   Civil Action No. 4:25-cv-04785

NASA JOHNSON SPACE CENTER,
LEIDOS HOLDINGS INC., and ALL
POINTS LOGISTICS LLC,
Defendants.

ATTACHMENTS FOR SECOND NOTICE OF ERRATA AND
SUPPLEMENT TO ECF NO. 32 AND ECF NO. 33

**ATTACHMENT 1** — Exhibit A-4, Schedule A, Page 12 of Exhibit Package
(from Exhibit A, ECF No. 33)

**ATTACHMENT 2** — Exhibit E-2, ADA Denial Email, Page 99 of Exhibit
Package (from Exhibit E, ECF No. 33)

**ATTACHMENT 3** — Exhibit I Excerpt, All Points EEOC Position Statement
(supplementing ECF No. 32, Section IV.C.d)

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

AMANDA L. KONDRAT'YEV,
Plaintiff,

v.                                                  Civil Action No. 4:25-cv-04785

NASA JOHNSON SPACE CENTER,
LEIDOS HOLDINGS INC., and ALL
POINTS LOGISTICS LLC,
Defendants.

      **ATTACHMENT 1** — Exhibit A-4, Schedule A, Page 12 of Exhibit Package
(from Exhibit A, ECF No. 33)



**ONE BEHAVIORAL**

c o m p r e h e n s i v e   b e h a v i o r a l   c a r e

106 Whispering Pines Ave suite 103
Friendswood, TX 77546
Phone: 713-429-5325 Fax: 877-255-0161

November 4, 2024

To Whom It May Concern,

This letter serves as certification that Amanda Kondrat'yev is an individual with a severe physical, intellectual, or psychiatric disability that qualifies her for consideration under 5 CFR 123.3102(u), schedule A hiring authority, appointment for persons with disabilities.

I may be contacted at the above listed phone or fax.

Shamira Green, PMHNP-BC

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

AMANDA L. KONDRAT'YEV,
Plaintiff,

v.                                                    Civil Action No. 4:25-cv-04785

NASA JOHNSON SPACE CENTER,
LEIDOS HOLDINGS INC., and ALL
POINTS LOGISTICS LLC,
Defendants.

      **ATTACHMENT 2** — Exhibit E-2, ADA Denial Email, Page 99 of Exhibit
Package (from Exhibit E, ECF No. 33)

**From:** Amanda Kondrat'yev <amandakondratyev@gmail.com>
**Sent:** Monday, January 22, 2024 11:14 AM
**To:** BLAKE, ROB (JSC-AJ111) <robert.f.blake@nasa.gov>; Neal-Mujahid, Regina M. (JSC-AJ111) <regina.m.neal-mujahid@nasa.gov>
**Subject:** [EXTERNAL] Fwd: Targeting by management

---

**CAUTION:** This email originated from outside of NASA.  Please take care when clicking links or opening attachments.  Use the "Report Message" button to report suspicious messages to the NASA SOC.

---

[Quoted text hidden]


[Quoted text hidden]
[Quoted text hidden]
[Quoted text hidden]
[Quoted text hidden]
[Quoted text hidden]

[Quoted text hidden]

**From:** Robyn Smith <rsmith@allpointsllc.com>
**Sent:** Tuesday, September 19, 2023 9:19 AM
**To:** Kondrat'yev, Amanda L. (JSC-CD211)[Leidos, Inc.] <amanda.l.kondratyev@nasa.gov>; Ed Scarborough <escarborough@allpointsllc.com>
**Subject:** RE: [EXTERNAL] RE: Targeting by management

---

**CAUTION:** This email originated from outside of NASA.  Please take care when clicking links or opening attachments.  Use the "Report Message" button to report suspicious messages to the NASA SOC.

---

Amanda:


The Americans with Disabilities Act says employees can qualify as disabled if their physical or mental impairments limit one or more "major life activities".  In addition, employers are asked to make reasonable accommodations for employees with disabilities that limit one or more "major life activities".  Asking questions is not an issue.  Refusing to accept or difficulty in accepting answers seems to be the issue as well as a general consensus that you don't like being told what to do.  This is not covered by the ADA and as the employer doesn't require any type of reasonable accommodation.


We expect you to accept the guidance and direction given to you from your Leidos managers at all times.  In addition, you may feel that you are not being combative, but that viewpoint is not shared by others.


On June 2, 2023 you provided a note from Dr. Mokkala stating you were under a weight lifting restriction of 20 lbs. for 6 to 8 weeks.  A follow on note has not been provided so that weight restriction has been lifted.  If you are still under a doctor's care, you will need to provide another note.


Let me know if you have any other questions.



*Robyn Smith, SHRM-SCP, CBP*

*Chief Administrative Officer*

*All Points Logistics, LLC*

*190 S. Sykes Creek Parkway, Suite 4*

*Merritt Island, FL  32952*

*321.735.8642 Office*

*321.208.7982 Fax*

*770.235.0163 Mobile*

rsmith@allpointsllc.com

www.allpointsllc.com



**ALL POINTS PROPRIETARY AND CONFIDENTIALITY NOTICE:** This message and associated attachments are intended for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential, and exempt from disclosure, under applicable law. Any viewing, copying or distribution of, or reliance on, this message by unintended recipients is strictly prohibited.  If you have received this message in error, you are prohibited from reviewing, copying, distributing or using the information in any medium. Please contact the sender immediately by return email and delete the original message and attachments. In addition, the information contained herein is or may be controlled by the International Traffic in Arms Regulations (ITAR), 22 CFR 120 - 130 and may not be exported or disclosed to a foreign person, whether in the United States or abroad, without prior All Points written approval.


[Quoted text hidden]

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

AMANDA L. KONDRAT'YEV,
Plaintiff,

v.                                                    Civil Action No. 4:25-cv-04785

NASA JOHNSON SPACE CENTER,
LEIDOS HOLDINGS INC., and ALL
POINTS LOGISTICS LLC,
Defendants.

       **ATTACHMENT 3** — Exhibit I Excerpt, All Points EEOC Position Statement
(supplementing ECF No. 32, Section IV.C.d)

**He made me feel uncomfortable about requesting help. He continued to be inappropriate if he showed up at all. All Points restricted me from making formal reports to Leidos saying they would help me. I continued working and receiving adverse actions. Brent tried to start a paper trail to fire me including reporting to subcontractor about meetings he usually did not even show up for, having his friend, Dan Murphy, write a complaint email to All Points about me. He would call me out for mistakes that I did not make and refuse to assist when I'd bring his attention to problems.**

All Points never stated Amanda could not make any formal reports to Leidos. All Points let Amanda know that we were her employer and that she should bring issues to either her manager, Ed Scarborough, or to Human Resources and Robyn Smith. Without bringing issues to All Points' attention, there would be no way for All Points to help.

All Points has no knowledge of a paper trail to fire Amanda. Brent Wong did send one email to Amanda on September 20, 2023, and copied All Points regarding not attending Daily Tag-Up Meetings. This email and Amanda's response is included as *Attachment 6 – Email Regarding Daily Tag Ups*. Brent noted that Amanda had only attended 2 of the 8 Daily Tag Ups in the last 9 days. Amanda's response did not indicate that Brent was being unreasonable or untruthful.

Dan Murphy was an All Points employee between June 28, 2022, and September 15, 2023. All Points is unaware of any personal relationship between Dan Murphy and Brent Wong. Dan applied through our Career website and there was no indication that Dan or Brent knew each other prior to him being interviewed and hired. Ed Scarborough became aware of an instance with Dan Murphy and reached out to Dan to provide information regarding the incident. Dan provided the information included in *Attachment 7 – Email from Dan Murphy*.

**While I was working the Spacebar, I requested to Christy that cameras be installed after a male employee from NASA HQ shoved equipment across the counter at me. There had been another incident not long before that where an irate customer threatened another tech and managers and needed to be escorted off site repeatedly. It felt unsafe especially with expensive equipment and no cameras. She told me she would request them for the Spacebar only but that they would not record sound.**

Christy is not an All Points employee, and we have no knowledge of this request for cameras to be installed and no knowledge of the events written in this paragraph. Amanda never reported this information to All Points.

**Disparate treatment for accommodation of disability – male coworker, William Figueredo, that had repeatedly failed to meet the expectations for the job and moved to the Spacebar so that he would only need to keep up with one thing. I went to Spacebar temporarily when I had a lifting restriction for a back injury. I was too afraid to get it renewed despite still being medically necessary. After it was removed when I requested the other accommodations, I was intentionally given large deployments and couldn't change with another tech, and it was a big issue.**

William Figueredo is an active All Points employee hired on May 3, 2021. All Points has never received any accommodation of disability request from William and has never been informed of any performance issues.

Amanda reached out to All Points on May 22, 2023, requesting to speak with someone regarding workplace accommodations. I reached out to Amanda regarding the request and All Points worked with Brent Wong with Leidos to make the accommodation. Amanda was placed on light duty by a doctor for 6 to 8 weeks with no lifting heavier than 20 pounds. Email correspondence is included as *Attachment 8 – Lifting Accommodation Request.* Amanda did not provide any additional information regarding this light duty restriction nor made any request for continued or additional accommodation.

190 S. Sykes Creek Parkway, Suite 4     Merritt Island, FL 32952