# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| AMANDA L. KONDRAT'YEV, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:25-CV-4785 |
| | § | |
| NASA JOHNSON SPACE CENTER, | § | |
| *et al.*, | § | |
| | § | |
| Defendants. | § | |

## DEFENDANT NASA AND LEIDOS HOLDING'S PROPOSED DOCKET CONTROL ORDER

This case will be controlled by the following schedule.

## DEADLINES

1. **MOTIONS TO AMEND THE PLEADINGS:**
   **April 15, 2026**

2. **MOTIONS TO ADD NEW PARTIES** The attorney causing the addition of new parties will provide copies of this order and all orders previously entered in the case to new parties.
   **April 15, 2026**

3. **MOTION TO CERTIFY CLASS** The party seeking certification will file a motion and supporting memorandum by this date.
   **N/A**

4. Identification of plaintiff's experts and production of experts' reports in the form required by Fed. R. Civ. P. 26(a)(2)(B).
   **June 5, 2026**

5. Identification of defendant's experts and production of experts' reports in the form required by Fed. R. Civ. P. 26(a)(2)(B).

   **July 6, 2026**

6. **COMPLETION OF DISCOVERY** Written discovery requests are not timely if they are filed so close to this deadline that the recipient would not be required under the Federal Rules of Civil Procedure to respond until after the deadline.

   **October 30, 2026**

7. **LIMITS ON DISCOVERY:**

   **The parties are not required to produce information in native format or produce documents for multiple formats.**

8. **DISPOSITIVE MOTIONS**

   **November 30, 2026**

9. **ALL OTHER PRETRIAL MOTIONS**

   **November 30, 2026**

10. **JOINT PRETRIAL ORDER AND MOTIONS IN LIMINE** Plaintiff is responsible for timely filing the complete joint pretrial order. All information is to comply with the disclosure requirements of Fed. R. Civ. P. 26(a)(3). All parties are directed to read the Court's Procedures regarding required trial documents and procedures.

11. **DOCKET CALL** Other than as set out in the Court's Procedures, no pleading or document filed within seven days of docket call will be considered by the Court. Any pending motions may be ruled on at docket call, the case will be set for trial, and further pretrial orders may be issued.

12. **JURY / BENCH TRIAL** Case is subject to being called to trial on short notice during this month.

   Estimated Trial Time: ___3___ days.

SIGNED at Houston, Texas, this \_\_\_day of _____, _____.


_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE