**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

AMANDA L. KONDRAT'YEV,
     Plaintiff,
v.
NASA JOHNSON SPACE CENTER,
LEIDOS HOLDINGS INC., and
ALL POINTS LOGISTICS LLC,
     Defendants.

Civil Action No. 4:25-cv-04785

**NOTICE OF ERRATA TO ECF NO. 38**

**TO THE HONORABLE COURT:**

Plaintiff Amanda L. Kondrat'yev respectfully submits this Notice of Errata to correct

three errors in ECF No. 38 (Plaintiff's Report of Rule 26(f) Planning Meeting and

Proposed Joint Discovery/Case Management Plan, filed March 15, 2026): one error in the

main document (Section 1) and two errors in ECF No. 38-1 (Attachment 1 to ECF No. 38

— Proposed Scheduling and Docket Control Order).

## I. ERRORS IN ECF NO. 38 (MAIN DOCUMENT — SECTION 1)

**Error 1 — Clarification of March 3, 2026 Rule 26(f) Session description.**

Section 1 of ECF No. 38 describes the Rule 26(f) conference sessions but omits material

context regarding Plaintiff's March 3, 2026 non-attendance. Specifically, the filed version

does not include that during the March 2, 2026 Rule 26(f) conference, Plaintiff stated

Plaintiff had a pending renewed motion for disability accommodations and that Plaintiff's

disability symptoms make written communication significantly more feasible than real-

time verbal conferral.

Plaintiff further notes that on March 3, 2026, Plaintiff emailed defense counsel stating Plaintiff would be unable to attend the scheduled noon follow-up call and referencing Plaintiff's separate LR 7.1(D) conferral email regarding scheduling relief. Plaintiff further notes that ECF 37 (Defendants' joint filing, March 13, 2026) characterizes Plaintiff's March 3 communication as follows: "At 11:45 AM on March 3, 2025 [sic], Plaintiff informed everyone that she would not attend the meeting and requested more time." Plaintiff disputes this characterization. Plaintiff's March 3 email did not include a request for "more time"; it stated that Plaintiff would be unable to attend the noon call. ECF 37 also contains a typographical error in the date ("March 3, 2025" rather than "March 3, 2026"). The corrected Section 1 in Attachment 1 disputes Defendants' characterization and reflects the additional context described above.

## II. ERRORS IN ECF NO. 38-1 (ATTACHMENT 1 TO ECF NO. 38 — PROPOSED DCO)

Attachment 1 to ECF No. 38 contains the following two errors:

**Error 2 — Incorrect judicial officer in signature block.**

The signature block of ECF No. 38-1 misidentified the judicial officer as "HON. RICHARD W. BENNETT, UNITED STATES MAGISTRATE JUDGE." This case is assigned to the Honorable George C. Hanks, Jr., United States District Judge, and the proposed order's signature block has been corrected accordingly.

**Error 3 — Format did not conform to SDTX Docket Control Order template.**

ECF No. 38-1 did not conform to the Southern District of Texas Docket Control Order template format (12 numbered items).

## III. CORRECTIONS

Attached hereto are the following corrected documents:

**Attachment 1 — Corrected Section 1 (Rule 26(f) Conference Description):** Corrects the description of the March 3, 2026 session and disputes Defendants' characterization in ECF 37.

**Attachment 2 — Plaintiff's Proposed Scheduling and Docket Control Order (with requested additional provisions):**

1. Corrects the signature block to reflect District Judge George C. Hanks, Jr.; and

2. Conforms the structure to the SDTX Docket Control Order template format (12 numbered items), while also including Plaintiff's requested additional provisions (e.g., requested discovery limits/protocol and accommodation-related scheduling requests).

Attachment 2 is provided as Plaintiff's proposed order for discussion at the Initial Scheduling Conference.

Attachment 1 clarifies the factual record regarding the March 2–3, 2026 Rule 26(f) conference sessions, including the context reflected in Plaintiff's March 2 meeting statements and Plaintiff's March 3 email, and disputes Defendants' characterization in ECF 37.

Attachment 2 corrects the proposed Scheduling and Docket Control Order by (1) correcting the judicial officer designation in the signature block and (2) conforming the format to the Court's 12-item Docket Control Order template. Plaintiff previously proposed additional case-management provisions and accommodations in ECF 38-1;

those provisions are not withdrawn by the submission of a template-conforming proposed DCO and may be addressed at the Initial Scheduling Conference or through subsequent motion practice as the Court directs.

## IV. REASON FOR ERRATA

Plaintiff, proceeding pro se with documented disabilities, inadvertently omitted material disability-related context from Section 1 and used an incorrect template and signature block when preparing the proposed DCO. Plaintiff submits these corrections to ensure the record is accurate and to assist the Court at the Initial Scheduling Conference on March 25, 2026.

Respectfully submitted,
/s/ Amanda L. Kondrat'yev
Amanda L. Kondrat'yev
Pro Se Plaintiff
1102 Buoy Rd
Houston, Texas 77062
Telephone: 346-366-0787
amandakondratyev@gmail.com

---

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of March, 2026, a true and correct copy of the foregoing Notice of Errata and its attachments was served on all counsel of record via the Court's CM/ECF system / Notice of Electronic Filing (NEF).

/s/ Amanda L. Kondrat'yev
Amanda L. Kondrat'yev
Pro Se Plaintiff