# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

AMANDA L. KONDRAT'YEV,
    Plaintiff,

v.

NASA JOHNSON SPACE CENTER,
LEIDOS HOLDINGS INC., and
ALL POINTS LOGISTICS LLC,
    Defendants.

Civil Action No. 4:25-cv-04785

## PLAINTIFF'S PROPOSED SCHEDULING AND DOCKET CONTROL ORDER

This case will be controlled by the following schedule. Plaintiff's proposed order

includes requested additional provisions (including certain discovery-protocol and

accommodation-related scheduling requests) for the Court's consideration.

**DEADLINES**

**1. MOTIONS TO AMEND THE PLEADINGS**

    **May 9, 2026**

**2. MOTIONS TO ADD NEW PARTIES**

    **May 24, 2026**

The attorney causing the addition of new parties will provide copies of this order and all

orders previously entered in the case to new parties.

**3. MOTION TO CERTIFY CLASS**

    **TBD**

Plaintiff is not presently moving for class certification. Plaintiff reserves the right to seek

leave to pursue class or collective treatment if warranted by discovery and applicable law.

**4. Identification of Plaintiff's experts and production of experts' reports in the form required by Fed. R. Civ. P. 26(a)(2)(B).**

**December 18, 2026**

**5. Identification of Defendants' experts and production of experts' reports in the form required by Fed. R. Civ. P. 26(a)(2)(B).**

**January 25, 2027**

**6. COMPLETION OF DISCOVERY**

**March 25, 2027**

Written discovery requests are not timely if they are filed so close to this deadline that the recipient would not be required under the Federal Rules of Civil Procedure to respond until after the deadline.

**7. LIMITS ON DISCOVERY:**

- **(a) Interrogatories:** 25 per party per FRCP 33(a)(1).

- **(b) Requests for Admission:** No numerical limit per FRCP 36.

- **(c) Requests for Production:** No numerical limit per FRCP 34.

- **(d) Depositions:** Plaintiff requests **15 depositions per side** (expanded from standard 10 under FRCP 30(a)(2)(A)(i)) given 19 defendants across 7 entities.

- **(e) Deposition duration:** 7 hours per deposition (standard), with scheduled breaks every 45 minutes as an accommodation.

- **(f) ESI production format (requested):** Plaintiff requests ESI be produced in native format with metadata preserved, or in another reasonably usable format

preserving relevant metadata fields (sent/received timestamps, author, recipients, system-generated audit fields).

- **(g) Privilege log protocol (requested):** Rolling privilege logs within 14 days of each production; categorical privilege assertions permitted where applicable.

- **(h) Pro se response-time accommodation (written discovery) (requested):** Plaintiff requests **45 calendar days** to respond to written discovery requests.

- **(i) Staggered service (requested):** No more than two defense counsel teams shall serve written discovery requests on Plaintiff in any 14-day period.

---

## 8. DISPOSITIVE MOTIONS

**May 9, 2027**

## 9. ALL OTHER PRETRIAL MOTIONS

**May 9, 2027**

## 10. JOINT PRETRIAL ORDER AND MOTIONS IN LIMINE

**To be set by the Court**

Plaintiff is responsible for timely filing the complete joint pretrial order. All information is to comply with the disclosure requirements of Fed. R. Civ. P. 26(a)(3). All parties are directed to read the Court's Procedures regarding required trial documents and procedures.

## 11. DOCKET CALL

**To be set by the Court**

Other than as set out in the Court's Procedures, no pleading or document filed within seven days of docket call will be considered by the Court. Any pending motions may be ruled on at docket call, the case will be set for trial, and further pretrial orders may be issued.

## 12. JURY TRIAL

**No earlier than June 2027**

Case is subject to being called to trial on short notice during this month.

Estimated Trial Time: **8–10 days.**

SIGNED at Houston, Texas, this *day of* ___, 2026.

_____

**GEORGE C. HANKS, JR.**

**UNITED STATES DISTRICT JUDGE**