United States District Court
Southern District of Texas

**ENTERED**

March 25, 2026

Nathan Ochsner, Clerk

**COURTROOM MINUTES- ORDER**
JUDGE RICHARD W. BENNETT, PRESIDING
DATE: March 25, 2026
COURT REPORTER: ERO
MORNING: 10:20-10:23AM   AFTERNOON: _____
*******************************************************************

CIVIL NO. 4:25cv4785

| | |
|---|---|
| Amanda Kondrat'yev | Pro-Se |
| Plaintiff | |
| V. | |
| Nasa Johnson Space Center, et al | Ariel N. Wiley<br>Stephen J. Quezada<br>Laura E. DeSantos |
| Defendants | |

*******************************************************************

MINUTE ENTRY ORDER:

The court conducted an Initial Conference and entered a Scheduling Order.

Signed this 25th day of March, 2026.

Richard W. Bennett
United States Magistrate Judge