United States District Court
Southern District of Texas
**ENTERED**
March 26, 2026
Nathan Ochsner, Clerk

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| **AMANDA L KONDRAT'YEV,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | CIVIL ACTION NO. 4:25-cv-4785 |
| | § | |
| **NASA JOHNSON SPACE** | § | |
| **CENTER,** *et al.*, | § | |
| | § | |
| **Defendants.** | § | |

### ORDER

Pending before the Court is *pro se* Plaintiff Amanda L Kondrat'yev's ("Plaintiff") Motion for Entry of Default against Defendant All Points Logistics LLC. (ECF No. 18). Plaintiff filed her motion on January 2, 2026. Defendant All Points Logistics LLC filed an answer on January 28, 2026. As such, Plaintiff's motion (ECF No. 18) is **DENIED AS MOOT**. *See* FED. R. CIV. P. 55(a) ("When a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default.").

It is **SO ORDERED**.

**SIGNED** in Houston, Texas on March 26, 2026.

Richard W. Bennett
United States Magistrate Judge