United States District Court
Southern District of Texas
**ENTERED**
May 11, 2026
Nathan Ochsner, Clerk

**COURTROOM MINUTES- ORDER**
JUDGE RICHARD W. BENNETT, PRESIDING
DATE: May 11, 2026
COURT REPORTER: _____
MORNING: _____    AFTERNOON: _____
******************************************************************
CIVIL NO: 4:25cv4785

Amanda L. Kondrat'yev

Plaintiff

Nasa Johnson Space Center,

Defendants

******************************************************************
MINUTE ENTRY ORDER:

The Court has reviewed Defendants' Request for Pre-Motion Conference (ECF No. 46), finds

a  hearing unnecessary, and GRANTS Defendants leave to file any and all applicable motions

to dismiss.  IT IS SO ORDERED.

Signed on the 11th  day of May, 2026

Richard W. Bennett
United States Magistrate Judge