**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

AMANDA L. KONDRAT'YEV,
   Plaintiff,

v.

                                                  Civil Action No. 4:25-cv-04785

                                                  Judge George C. Hanks, Jr.

NATIONAL AERONAUTICS AND SPACE ADMINISTRATION, et al.,
   Defendants.

**ORDER GRANTING PLAINTIFF'S MOTION FOR MODIFICATION OF THE
DOCKET CONTROL ORDER TO EXTEND PLAINTIFF'S FRCP 26(a)(2)(B)
EXPERT DISCLOSURE DEADLINE**

Before the Court is Plaintiff's Opposed Motion for Modification of the Docket Control Order to Extend Plaintiff's FRCP 26(a)(2)(B) Expert Disclosure Deadline. Having considered the motion, any response, the record, and the applicable law, and finding good cause under Federal Rule of Civil Procedure 16(b)(4), the Court GRANTS the motion.

IT IS ORDERED that the Docket Control Order (ECF 42) is MODIFIED as follows: Plaintiff's deadline to designate expert witnesses and to serve the written reports required by Federal Rule of Civil Procedure 26(a)(2)(B) is EXTENDED from June 5, 2026 to August 19, 2026.

IT IS FURTHER ORDERED that all other deadlines set forth in the Docket Control Order (ECF 42) REMAIN IN EFFECT as previously set, and no further modification is made.

1

SIGNED this _____ day of _____, 2026.


_____
RICHARD W. BENNETT
UNITED STATES MAGISTRATE JUDGE